No. 88–396. Colonial American Life Insurance Co. *v.* Commissioner of Internal Revenue. C. A. 5th Cir. Certiorari granted.

No. 88–616. Bowen, Secretary of Health and Human Services *v.* Hudson. C. A. 11th Cir. Certiorari granted.

No. 88–556. Browning-Ferris Industries of Vermont, Inc., et al. *v.* Kelco Disposal, Inc., et al. C. A. 2d Cir. Certiorari granted limited to Question 2 presented by the petition.

No. 87–7201. Foley *v.* Secretary of the Army. C. A. Fed. Cir. Certiorari denied.

No. 87–7249. Colston *v.* Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 88–353. Massachusetts *v.* Derosia. Sup. Jud. Ct. Mass. Certiorari denied.

No. 88–402. Michigan *v.* Thornburgh, Attorney General of the United States, et al. C. A. 6th Cir. Certiorari denied.

No. 88–423. Mayfair Construction Co. *v.* United States. C. A. Fed. Cir. Certiorari denied.

No. 88–424. Emeryville Trucking, Inc. *v.* National Labor Relations Board. C. A. 3d Cir. Certiorari denied.

No. 88–434. Sinnott *v.* Radin et al. Sup. Jud. Ct. Mass. Certiorari denied.

No. 88–437. Lawrence, dba Grizzly & Daley Ranch *v.* United States et al. C. A. 10th Cir. Certiorari denied.